IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD WALKER, et al.,

      Plaintiffs,              No. CIV S-07-0896 MCEKJM P

  vs.

D.R. SISTO, et al.,

      Defendants.        <u>ORDER</u>

                                   /

      Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of May 2, 2007.  Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's June 18, 2007 motion for an extension of time is granted; and

      2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED:  July 2, 2007.

                                                       U.S. MAGISTRATE JUDGE

/mp
walk0896.36