IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD WALKER,

    Plaintiff,                          No. CIV S-07-0896 ALA P

  vs.

D.R. SISTO, et al.,

    Defendants.                     <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42. U.S.C. § 1983. On May 2, 2007, Plaintiff's complaint was dismissed and Plaintiff was given thirty days to file an amended complaint. On July 2, 2007, Plaintiff was granted an additional thirty days to file his amended complaint. Plaintiff has failed to file his amended complaint.

      Therefore, IT IS HEREBY ORDERED that this action is dismissed with prejudice.

/////

DATED: September 27, 2007

                                          <u>Arthur L. Alarcón</u>
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation